GERTRUDE S. WOOD, Respondent, *v.* VILLAGE OF RICH-FIELD SPRINGS, Appellant.

*Wood* v. *Village of Richfield Springs*, 163 App. Div. 103, appeal dismissed.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment, entered December 8, 1914, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of defendant entered upon the report of a referee and directing judgment in favor of plaintiff.

The motion was made upon the grounds of failure to file the required return; that the decision of the Appellate Division was unanimous; that no questions of law were involved and that the exceptions were frivolous.

*Lynn C. Arnold* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.